Lee L. Blackman -- Blackman ADR Services
9750 E. Spring Hill Place
Tucson, AZ 85749
310-346-6926 -- WWW.BLACKMANADR.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Cauncenet Brown et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:21-cv-00477-JGB-KK |
| v. | |
| Randy Gilliam et al., | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): April 11, 2023.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on April 11, 2023 (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____.

Dated: April 17, 2023

_____
Signature of Mediator
Lee L. Blackman
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)     MEDIATION REPORT     Page 1 of 1