Robert E. Barnes
Barnes Law, LLP
601 South Figueroa Street, Ste. 4050
Los Angeles, CA 90017
(213) 220-3341
Robertbarnes@barneslawllp.com

Attorney for Plaintiffs

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
JENNIFER R. JACOBS (Cal. Bar. No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2471 / 6167
    E-mail: ryan.chapman@usdoj.gov
           jennifer.jacobs3@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUNCENET BROWN et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RANDY GILLIAM et al.,<br><br>    Defendants. | No. EDCV 21-00477 JGB (KKx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST TO TAKE PENDING DATES AND DEADLINES OFF-CALENDAR**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

TO: THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

    The parties, through their undersigned counsel of record, hereby notify the Court that said parties have agreed to settle the above-captioned matter pursuant to a mediation held on April 11, 2023 before mediator Lee Blackman. Pursuant to the terms of the

1

settlement, Plaintiffs will execute a settlement stipulation and Plaintiffs will file a dismissal of the entire action with prejudice upon receipt of the settlement payment from Defendant United States. The parties anticipate it will take approximately sixty (60) days to finalize the settlement.

The parties further jointly request that all pending deadlines and dates, including the trial date of November 14, 2023 and the pretrial conference scheduled for October 30, 2023, be taken off-calendar.

Dated: April 17, 2023        BARNES LAW, LLP

   /s/Robert E. Barnes
ROBERT E. BARNES

Attorney for Plaintiffs

Dated: April 17, 2023        E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Jennifer R. Jacobs
RYAN C. CHAPMAN
JENNIFER R. JACOBS
Assistant United States Attorneys

Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

   /s/Jennifer R. Jacobs
JENNIFER R. JACOBS
Attorney for Defendants