JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAUNCENET BROWN et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY GILLIAM et al., <br><br> Defendants. | No. EDCV 21-00477 JGB (KKx) <br><br><br> **ORDER** <br><br><br><br> Honorable Jesus G. Bernal <br> United States District Judge |

Having read the Notice of Settlement filed by the parties advising the Court of the agreement to settle the entire action with prejudice, and the need for approximately 60 days to finalize a written settlement stipulation,

IT IS HEREBY ORDERED that all deadlines and dates herein, including the dates for the pre-trial conference scheduled for October 30, 2023 and the trial scheduled for November 14, 2023, are hereby vacated.

Dated: April 18, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1