UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAUNCENET BROWN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY GILLIAM et al.,<br><br>Defendants. | No. EDCV 21-00477 JGB (KKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Having reviewed the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefor:

    IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs and expenses.

Dated: May 10, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Submitted by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation

  /s/ Jennifer R. Jacobs*
JENNIFER R. JACOBS
RYAN C. CHAPMAN
Assistant United States Attorneys

Attorneys for Defendants

---

* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.